ADRMOP,AO279,APPEAL,CLOSED,E-Filing,PROTO,PRVADR,REFDIS

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:11-cv-01054-PJH
## Internal Use Only

| | |
|---|---|
| MasterObjects, Inc. v. Google, Inc. | Date Filed: 03/07/2011 |
| Assigned to: Hon. Phyllis J. Hamilton | Date Terminated: 11/26/2013 |
| Referred to: Magistrate Judge Laurel Beeler | Jury Demand: Both |
| Relate Case Case: 4:13-cv-04304-PJH | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**MasterObjects, Inc.**                    represented by    **Darrell Rae Atkinson**
Hosie Rice LLP
600 Montgomery St., 34th Floor
Transamerica Pyramid
San Francisco, CA 94111
415-247-6000
Fax: 415-247-6001
Email: datkinson@hosielaw.com
*ATTORNEY TO BE NOTICED*

**Diane Sue Rice**
Hosie Rice LLP
Transamerica Pyramid
600 Montgomery Street
34th Floor
San Francisco, CA 94111
415-247-6000
Fax: 415-247-6001
Email: drice@hosielaw.com
*ATTORNEY TO BE NOTICED*

**George F. Bishop**
Hosie Rice LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
415-247-6000
Fax: 415-247-6001
Email: gbishop@hosielaw.com
*TERMINATED: 10/30/2012*
*ATTORNEY TO BE NOTICED*

**Spencer Hosie**
Hosie Rice LLP

Transamerica Pyramid
600 Montgomery Street
34th Floor
San Francisco, CA 94111
(415) 247-6000
Fax: (415) 247-6001
Email: shosie@hosielaw.com
*ATTORNEY TO BE NOTICED*

**William Patrick Nelson**
Hosie Rice LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001
Email: wnelson@hosielaw.com
*TERMINATED: 05/14/2012*

V.

**Defendant**

**Google, Inc.**                    represented by    **Douglas E. Lumish**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
Fax: (650) 463-2600
Email: doug.lumish@lw.com
*TERMINATED: 05/03/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
Kasowitz Benson Torres and Friedman
LLP
1349 W. Peachtree St., NW
Suite 1500
Atlanta, GA 30309
404-260-6133
Fax: 404-393-0743
Email: jwaldrop@kasowitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence Patrick McMahon**
McDermott, Will & Emery
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
650-815-7400

Fax: 650-815-7401
Email: tmcmahon@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vera M. Elson**
Sidley Austin
1001 Page Mill Road
Building 1
Palo Alto, CA 94043
650.565.7000
Fax: 650.565.7100
Email: velson@wsgr.com
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Raymond Foster , Esq.**
McDermott Will & Emery LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614-2559
(949) 757-7103
Fax: 949851-9348
Email: dfoster@mwe.com
*ATTORNEY TO BE NOTICED*

**Darcy Lachelle Jones**
Kasowitz, Benson, Torres and Friedman
LLP
1349 Peachtree Street, N.W.
Atlanta, GA 30309
404-206-6080
Fax: 404-206-6081
Email: djones@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Jeffrey G. Homrig**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
Fax: (650) 463-2600
Email: jeff.homrig@lw.com
*TERMINATED: 05/03/2013*
*ATTORNEY TO BE NOTICED*

**Jeffrey James Toney**
Kasowitz, Benson, Torres & Friedman
LLP

Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA 30309
404-260-6080
Fax: 404-260-6081
Email: jtoney@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Jeremiah Aaron Armstrong**
McDermott Will Emery LLP
275 Middlefield Road
Suite 100
Menlo Park, CA 94025
650-815-7400
Fax: 650-815-7401
Email: jarmstrong@mwe.com
*ATTORNEY TO BE NOTICED*

**Joseph Hyuk Lee**
Kasowitz, Benson, Torres & Friedman
LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
650-453-5170
Fax: 650-453-5171
Email: jlee@kasowitz.com
*TERMINATED: 07/18/2013*
*ATTORNEY TO BE NOTICED*

**Joseph B. Shear**
Kasowitz Benson Torres & Friedman
LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
(650) 453-5170
Fax: (650) 453-5171
Email: jshear@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Keith J. Mitro**
Kasowitz, Benson, Torres and Friedman
LLP
333 Twin Dolphin Drive
Suite 200
Redwood City, CA 94065
650-453-5417
Email: kmitro@kasowitz.com
*ATTORNEY TO BE NOTICED*

**Linfong Tzeng**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025-1008
650-328-4600
Fax: 650-463-2600
Email: lin.tzeng@lw.com
*TERMINATED: 07/18/2013*
*ATTORNEY TO BE NOTICED*

**Vanessa I LeFort**
McDermott Will Emery
275 Middlefield Road
Suite 100
275 Middlefield Ave
Menlo Park, CA 94025
650-815-7400
Fax: 650-815-7401
Email: vlefort@mwe.com
*TERMINATED: 04/11/2012*
*ATTORNEY TO BE NOTICED*

**Vinod Jos Mapranath**
McDermott Will and Emery
275 Middlefield Rd
Suite 100
Menlo Park, CA 94025
650-815-7530
Email: vmapranath@mwe.com
*TERMINATED: 09/13/2011*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**Amazon.com, Inc.**                    represented by **Indra Neel Chatterjee**
*TERMINATED: 08/10/2011*                               Orrick Herrington & Sutcliffe LLP
                                                       1000 Marsh Road
                                                       Menlo Park, CA 94025
                                                       650-614-7400
                                                       Fax: 650-614-7401
                                                       Email: nchatterjee@orrick.com
                                                       *TERMINATED: 09/16/2011*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Google, Inc.**                        represented by **Douglas E. Lumish**
                                                       (See above for address)
                                                       *TERMINATED: 05/03/2013*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence Patrick McMahon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vera M. Elson**
(See above for address)
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Raymond Foster , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darcy Lachelle Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey G. Homrig**
(See above for address)
*TERMINATED: 05/03/2013*
*ATTORNEY TO BE NOTICED*

**Jeremiah Aaron Armstrong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Hyuk Lee**
(See above for address)
*TERMINATED: 07/18/2013*
*ATTORNEY TO BE NOTICED*

**Joseph B. Shear**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith J. Mitro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linfong Tzeng**

(See above for address)
*TERMINATED: 07/18/2013*
*ATTORNEY TO BE NOTICED*

**Vanessa I LeFort**
(See above for address)
*TERMINATED: 04/11/2012*
*ATTORNEY TO BE NOTICED*

**Vinod Jos Mapranath**
(See above for address)
*TERMINATED: 09/13/2011*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**MasterObjects, Inc.**                     represented by **Diane Sue Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Bishop**
(See above for address)
*TERMINATED: 10/30/2012*
*ATTORNEY TO BE NOTICED*

**Spencer Hosie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Nelson**
(See above for address)
*TERMINATED: 05/14/2012*

**Counter-claimant**

**Google, Inc.**                            represented by **Douglas E. Lumish**
(See above for address)
*TERMINATED: 05/03/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan K. Waldrop**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrence Patrick McMahon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vera M. Elson**
(See above for address)
*TERMINATED: 01/31/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Raymond Foster , Esq.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darcy Lachelle Jones**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey G. Homrig**
(See above for address)
*TERMINATED: 05/03/2013*
*ATTORNEY TO BE NOTICED*

**Jeremiah Aaron Armstrong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Hyuk Lee**
(See above for address)
*TERMINATED: 07/18/2013*
*ATTORNEY TO BE NOTICED*

**Joseph B. Shear**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith J. Mitro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linfong Tzeng**
(See above for address)
*TERMINATED: 07/18/2013*
*ATTORNEY TO BE NOTICED*

**Vanessa I LeFort**
(See above for address)
*TERMINATED: 04/11/2012*
*ATTORNEY TO BE NOTICED*

**Vinod Jos Mapranath**
(See above for address)
*TERMINATED: 09/13/2011*

*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**MasterObjects, Inc.**                    represented by   **Darrell Rae Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**George F. Bishop**
(See above for address)
*TERMINATED: 10/30/2012*
*ATTORNEY TO BE NOTICED*

**Spencer Hosie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Patrick Nelson**
(See above for address)
*TERMINATED: 05/14/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2011 | 1 | COMPLAINT with jury demand (summons issued) against Google, Inc. ( Filing fee $ 350, receipt number 34611057200.) filed byMasterObjects, Inc.. (vlk, COURT STAFF) (Filed on 3/7/2011) (Additional attachment(s) added on 3/14/2011: # 1 Exhibit A, # 2 Civil Cover Sheet) (vlk, COURT STAFF). (Entered: 03/10/2011) |
| 03/07/2011 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 6/8/2011. Case Management Conference set for 6/15/2011 01:30 PM. (Attachments: # 1 Standing Order)(vlk, COURT STAFF) (Filed on 3/7/2011) (Entered: 03/10/2011) |
| 03/07/2011 | | CASE DESIGNATED for Electronic Filing. (vlk, COURT STAFF) (Filed on 3/7/2011) (Entered: 03/10/2011) |
| 03/07/2011 | 3 | Summons Issued as to Google, Inc.. (vlk, COURT STAFF) (Filed on 3/7/2011) (Entered: 03/10/2011) |
| 03/07/2011 | 4 | REPORT on the filing or determination of an action regarding patent (cc: form mailed to register). (vlk, COURT STAFF) (Filed on 3/7/2011) (Entered: 03/10/2011) |
| 03/14/2011 | 5 | SUMMONS Returned Executed by MasterObjects, Inc.. Google, Inc. served on 3/8/2011, answer due 3/29/2011. (Hosie, Spencer) (Filed on 3/14/2011) (Entered: 03/14/2011) |
| 03/28/2011 | 6 | STIPULATION *TO EXTEND TIME TO RESPOND TO COMPLAINT* by MasterObjects, Inc. (Bishop, George) (Filed on 3/28/2011) Modified |

| | | on 3/28/2011 (dmrlc1, COURT STAFF). COURT REMARK: PURSUANT TO LOCAL RULE 6-1(a) PARTIES MAY STIPULATE IN WRITING, WITHOUT A COURT ORDER, TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT, PROVIDED THE CHANGE WILL NOT ALTER THE DATE OF ANY EVENT OR ANY DEADLINE ALREADY FIXED BY COURT ORDER. (Entered: 03/28/2011) |
|---|---|---|
| 04/07/2011 | 7 | Certificate of Interested Entities by MasterObjects, Inc. (Hosie, Spencer) (Filed on 4/7/2011) (Entered: 04/07/2011) |
| 04/18/2011 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by MasterObjects, Inc.. (Bishop, George) (Filed on 4/18/2011) (Entered: 04/18/2011) |
| 04/18/2011 | 9 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ig, COURT STAFF) (Filed on 4/18/2011) (Entered: 04/18/2011) |
| 04/19/2011 | 10 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on April 19, 2011. (cjl, COURT STAFF) (Filed on 4/19/2011) (Entered: 04/19/2011) |
| 04/27/2011 | 11 | MOTION to Dismiss *GOOGLE INC.S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT* filed by Google, Inc.. Motion Hearing set for 6/29/2011 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. (Attachments: # 1 Proposed Order, # 2 Certificate of Service)(Elson, Vera) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 12 | NOTICE by Google, Inc. *Google Inc.'s Corporate Disclosure Statement* (Attachments: # 1 Certificate of Service)(Elson, Vera) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 13 | NOTICE by Google, Inc. *Google Inc.s Certification of Interested Entities or Persons Pursuant to Civil L.R. 3-16* (Attachments: # 1 Certificate of Service)(Elson, Vera) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 05/03/2011 | 14 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Joint Case Management Statement due by 7/14/2011. Initial Case Management Conference set for 7/21/2011 02:00 PM. Signed by Judge Phyllis J. Hamilton on 5/3/11. (nah, COURT STAFF) (Filed on 5/3/2011) (Entered: 05/03/2011) |
| 06/03/2011 | 15 | MOTION to Relate Case filed by Amazon.com, Inc.. Motion Hearing set for 6/15/2011 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. (Attachments: # 1 Proposed Order) (Chatterjee, Indra) (Filed on 6/3/2011) (Entered: 06/03/2011) |
| 06/03/2011 | 16 | Declaration of Ranjit Narayanan in Support of 15 MOTION to Relate |

| | | Case filed byAmazon.com, Inc.. (Related document(s) 15 ) (Chatterjee, Indra) (Filed on 6/3/2011) (Entered: 06/03/2011) |
|---|---|---|
| 06/03/2011 | 17 | CERTIFICATE OF SERVICE by Amazon.com, Inc. re 15 MOTION to Relate Case, 16 Declaration in Support (Chatterjee, Indra) (Filed on 6/3/2011) (Entered: 06/03/2011) |
| 06/06/2011 | | ***Deadlines terminated. (nah, COURT STAFF) (Filed on 6/6/2011) (Entered: 06/06/2011) |
| 06/06/2011 | 18 | STIPULATION re 15 MOTION to Relate Case *Joint Stipulation and [Proposed] Order to Extend Time for Google to respond to Amazon's Administrative Motion to Consider Whether Cases Should be Related and for Any Hearing* by Google, Inc.. (Elson, Vera) (Filed on 6/6/2011) (Entered: 06/06/2011) |
| 06/06/2011 | 19 | Declaration of Vera M. Elson in Support of 18 Stipulation, *Joint Stipulation and [Proposed] Order to Extend Time for Google to respond to Amazon's Administrative Motion to Consider Whether Cases Should be Related and for Any Hearing* filed byGoogle, Inc.. (Related document(s) 18 ) (Elson, Vera) (Filed on 6/6/2011) (Entered: 06/06/2011) |
| 06/07/2011 | 20 | RESPONSE (re 15 MOTION to Relate Case ) *Google Incs Opposition and Response to Amazon.com, Incs Administrative Motion to Consider Whether Cases Should Be Related* filed byGoogle, Inc.. (Attachments: # 1 Declaration of Vera M. Elson, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Certificate of Service)(Elson, Vera) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/08/2011 | 21 | STIPULATION AND ORDER re 18 Stipulation, filed by Google, Inc. NO HEARING WILL BE HELD. Signed by Judge Phyllis J. Hamilton on 6/8/11. (nah, COURT STAFF) (Filed on 6/8/2011) (Entered: 06/08/2011) |
| 06/08/2011 | 22 | STIPULATION *AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT* by MasterObjects, Inc.. (Attachments: # 1 Exhibit 1-First Amended Complaint, # 2 Exhibit A to First Amended Complaint, # 3 Exhibit B to First Amended Complaint, # 4 Exhibit C to First Amended Complaint)(Nelson, William) (Filed on 6/8/2011) (Entered: 06/08/2011) |
| 06/08/2011 | 23 | RESPONSE (re 11 MOTION to Dismiss *GOOGLE INC.S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT* ) filed byMasterObjects, Inc.. (Nelson, William) (Filed on 6/8/2011) (Entered: 06/08/2011) |
| 06/09/2011 | 24 | STIPULATION re 11 MOTION to Dismiss *GOOGLE INC.S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT Stipulation and [Proposed] Order for Withdrawal of Defendant's Motion to Dismiss* by Google, Inc.. (Elson, Vera) (Filed on 6/9/2011) |

| | | (Entered: 06/09/2011) |
|---|---|---|
| 06/10/2011 | 25 | STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT re 22 Stipulation, filed by MasterObjects, Inc. Signed by Judge Phyllis J. Hamilton on 6/10/11. (nah, COURT STAFF) (Filed on 6/10/2011) (Entered: 06/10/2011) |
| 06/10/2011 | 26 | STIPULATION AND ORDER FOR WITHRAWAL OF DEFENDANT'S MOTION TO DISMISS re 24 Stipulation, filed by Google, Inc. Signed by Judge Phyllis J. Hamilton on 6/10/11. (nah, COURT STAFF) (Filed on 6/10/2011) (Entered: 06/10/2011) |
| 06/10/2011 | 🔒 | (Court only) ***Motions terminated: 11 MOTION to Dismiss *GOOGLE INC.S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT* filed by Google, Inc.. (nah, COURT STAFF) (Filed on 6/10/2011) (Entered: 06/10/2011) |
| 06/10/2011 | 27 | ORDER NOT RELATING CASES by Judge Phyllis J. Hamilton denying 15 Motion to Relate Case (nah, COURT STAFF) (Filed on 6/10/2011) (Entered: 06/10/2011) |
| 06/10/2011 | 28 | AMENDED COMPLAINT *(FIRST)* against Google, Inc.. Filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Hosie, Spencer) (Filed on 6/10/2011) (Entered: 06/10/2011) |
| 06/24/2011 | 29 | NOTICE of Appearance by Vera M. Elson *Notice of Appearance of Vinod Mapranath* (Elson, Vera) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/24/2011 | 30 | Answer to Amended Complaint *Of MasterObjects and*, First COUNTERCLAIM *of Google* against MasterObjects, Inc. byGoogle, Inc.. (Elson, Vera) (Filed on 6/24/2011) (Entered: 06/24/2011) |
| 06/27/2011 | 31 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by MasterObjects, Inc.* (Bishop, George) (Filed on 6/27/2011) (Entered: 06/27/2011) |
| 06/29/2011 | 32 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Google Inc.* (Elson, Vera) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 07/01/2011 | 33 | JOINT STIPULATION *and [Proposed] Order to Continue Case Management Conference* by Google, Inc.. (McMahon, Terrence) (Filed on 7/1/2011) Modified on 7/5/2011 (vlk, COURT STAFF). (Entered: 07/01/2011) |
| 07/05/2011 | 34 | NOTICE of Appearance by Daniel Raymond Foster, Esq (Foster, Daniel) (Filed on 7/5/2011) (Entered: 07/05/2011) |
| 07/05/2011 | 35 | STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE re 33 Stipulation filed by Google, Inc. Joint Case Management Statement due by 7/14/2011. Initial Case Management Conference set for 8/4/2011 02:00 PM. Signed by Judge Phyllis J. Hamilton on 7/5/11. (nah, COURT STAFF) (Filed on |

| | | 7/5/2011) (Entered: 07/05/2011) |
|---|---|---|
| 07/14/2011 | 36 | JOINT CASE MANAGEMENT STATEMENT filed by MasterObjects, Inc. Google, Inc.. (Nelson, William) (Filed on 7/14/2011) Modified on 7/15/2011 (vlk, COURT STAFF). (Entered: 07/14/2011) |
| 07/15/2011 | 37 | ANSWER TO COUNTERCLAIM byMasterObjects, Inc.. (Nelson, William) (Filed on 7/15/2011) (Entered: 07/15/2011) |
| 08/04/2011 | 🔒 | (Court only) Set/Reset Hearings: Initial Case Management Conference set for 8/4/2011 01:30 PM in Courtroom 3, 3rd Floor, Oakland. (nah, COURT STAFF) (Filed on 8/4/2011) (Entered: 08/04/2011) |
| 08/04/2011 | 38 | Minute Entry: Initial Case Management Conference held on 8/4/2011 before Phyllis J. Hamilton (Date Filed: 8/4/2011), Case referred to Private ADR. Claims Construction Hearing set for 5/16/2012 09:00 AM. Tutorial Hearing set for 4/27/2012 09:00 AM. (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 8/4/2011) (Entered: 08/05/2011) |
| 08/10/2011 | 39 | NOTICE by Amazon.com, Inc. *of Withdrawal* (Chatterjee, Indra) (Filed on 8/10/2011) (Entered: 08/10/2011) |
| 08/10/2011 | 🔒 | (Court only) *** Party Amazon.com, Inc. terminated. (vlk, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/11/2011) |
| 09/13/2011 | 40 | NOTICE of Appearance by Vera M. Elson *Notice of Appearance of Jeremiah A. Armstrong* (Elson, Vera) (Filed on 9/13/2011) (Entered: 09/13/2011) |
| 09/13/2011 | 41 | NOTICE by Google, Inc. *Notice of Withdrawal of Vinod J. Mapranath as Attorney of Record for Google Inc.* (Elson, Vera) (Filed on 9/13/2011) (Entered: 09/13/2011) |
| 09/14/2011 | 42 | Joint Request for Status Conference and [Proposed] Order filed by Google, Inc.. Responses due by 9/28/2011. Replies due by 10/5/2011. (Elson, Vera) (Filed on 9/14/2011) Modified on 9/14/2011 (vlk, COURT STAFF). (Entered: 09/14/2011) |
| 09/19/2011 | 43 | ORDER SETTING STATUS CONFERENCE by Judge Phyllis J. Hamilton granting 42 Motion (nahS, COURT STAFF) (Filed on 9/19/2011) (Entered: 09/19/2011) |
| 09/19/2011 | 🔒 | (Court only) Set/Reset Hearings: Status Conference set for 9/22/2011 02:00 PM before Hon. Phyllis J. Hamilton. (nahS, COURT STAFF) (Filed on 9/19/2011) (Entered: 09/19/2011) |
| 09/22/2011 | 44 | Minute Entry: Further Case Management Conference held on 9/22/2011 before Phyllis J. Hamilton (Date Filed: 9/22/2011). Claims Construction Hearing (Tentative) set for 1/30/2013 09:00 AM. Tutorial Hearing (Tentative) set for 1/11/2013 09:00 AM. (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 9/22/2011) (Entered: 09/23/2011) |

| | | |
|---|---|---|
| 09/23/2011 | 🔒 | (Court only) CASE REFERRED to Magistrate Judge Laurel Beeler for Discovery, ***Set/Clear Flags. (lmh, COURT STAFF) (Filed on 9/23/2011) (Entered: 09/23/2011) |
| 10/14/2011 | 45 | MOTION to Compel *"Plaintiff's Motion to Compel Interrogatory Responses"* filed by MasterObjects, Inc.. Motion Hearing set for 1/18/2012 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 10/28/2011. Replies due by 11/4/2011. (Attachments: # 1 Proposed Order)(Nelson, William) (Filed on 10/14/2011) (Entered: 10/14/2011) |
| 10/14/2011 | 46 | Declaration of William P. Nelson in Support of 45 MOTION to Compel *"Plaintiff's Motion to Compel Interrogatory Responses"* filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C Part One, # 4 Exhibit C Part Two, # 5 Exhibit C Part Three, # 6 Exhibit D, # 7 Exhibit E-I)(Related document(s) 45 ) (Nelson, William) (Filed on 10/14/2011) (Entered: 10/14/2011) |
| 10/19/2011 | 47 | Order by Magistrate Judge Laurel Beeler denying 45 Motion to Compel. (Attachments: # 1 Standing Order)(lblc1, COURT STAFF) (Filed on 10/19/2011) (Entered: 10/19/2011) |
| 10/21/2011 | 48 | MOTION for Partial Summary Judgment *Google Inc.'s Notice of Motion and Motion for Partial Summary Judgment that the Asserted Claims of U.S. Patent No. 7,752,326 Are Not Entitled to a Priority Date Earlier Than October 25, 2005* filed by Google, Inc.. Motion Hearing set for 1/25/2012 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 11/4/2011. Replies due by 11/14/2011. (Attachments: # 1 Declaration Dr. Nicholas Bambos, # 2 Proposed Order)(Elson, Vera) (Filed on 10/21/2011) (Entered: 10/21/2011) |
| 10/21/2011 | 49 | Declaration of Vera M. Elson In Support Of 48 *Google Inc.S Motion For Partial Summary Judgment That The Asserted Claims Of U.S. Patent No. 7,752,326 Are Not Entitled To A Priority Date Earlier Than October 25, 2005* filed by Google, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 Part 1, # 9 Exhibit 8 Part 2, # 10 Exhibit 8 Part 3, # 11 Exhibit 8 Part 4, # 12 Exhibit 8 Part 5, # 13 Exhibit 9, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15)(Elson, Vera) (Filed on 10/21/2011) Modified on 10/24/2011 (vlk, COURT STAFF). (Entered: 10/21/2011) |
| 10/24/2011 | 50 | Letter from Vera M. Elson *to Honorable Judge Hamilton Regarding Amended Declaration of Dr. Nicholas Bambos*. (Elson, Vera) (Filed on 10/24/2011) (Entered: 10/24/2011) |
| 10/24/2011 | 51 | Amended Declaration of Dr. Nicholas Bambos in Support of 48 *Google Inc.'s Motion For Partial Summary Judgment* filed byGoogle, Inc.. (Elson, Vera) (Filed on 10/24/2011) Modified on 10/25/2011 (vlk, COURT STAFF). (Entered: 10/24/2011) |
| 11/04/2011 | 52 | RESPONSE (re 48 MOTION for Partial Summary Judgment *Google* |

| | | |
|---|---|---|
| | | *Inc.'s Notice of Motion and Motion for Partial Summary Judgment that the Asserted Claims of U.S. Patent No. 7,752,326 Are Not Entitled to a Priority Date Earlier Than October 25, 2005 ) "OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING PRIORITY DATE AND CROSS-MOTION PURSUANT TO F.R.C.P. 56(D)"* filed byMasterObjects, Inc.. (Attachments: # 1 Proposed Order)(Nelson, William) (Filed on 11/4/2011) (Entered: 11/04/2011) |
| 11/04/2011 | 53 | Declaration of Spencer Hosie in Support of 52 Opposition/Response to Motion,, filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Related document (s) 52 ) (Nelson, William) (Filed on 11/4/2011) (Entered: 11/04/2011) |
| 11/14/2011 | 54 | Letter Brief *re MasterObjects' Interrogatory Nos. 2, 8, and 9* filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit 1)(Nelson, William) (Filed on 11/14/2011) (Entered: 11/14/2011) |
| 11/14/2011 | 55 | REPLY (re 48 MOTION for Partial Summary Judgment *Google Inc.'s Notice of Motion and Motion for Partial Summary Judgment that the Asserted Claims of U.S. Patent No. 7,752,326 Are Not Entitled to a Priority Date Earlier Than October 25, 2005 ) Google's Reply In Support of Motion for Partial Summary Judgment Regarding Priority Date, Opposition to Plaintiff's Fed.R.Civ.P. 56(D) Cross-Motion, and Objections to Evidence* filed byGoogle, Inc.. (Attachments: # 1 Declaration Elson Declaration In Support of Reply, # 2 Exhibit 16 to Elson Declaration, # 3 Proposed Order)(Elson, Vera) (Filed on 11/14/2011) (Entered: 11/14/2011) |
| 11/14/2011 | 56 | Letter Brief *re Google's Interrogatory No. 5* filed byGoogle, Inc.. (Elson, Vera) (Filed on 11/14/2011) (Entered: 11/14/2011) |
| 11/14/2011 | 57 | Letter Brief *re MasterObjects' Disclosures Pursuant to Patent L.R. 3-1* filed byGoogle, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 (Part 1), # 3 Exhibit 2 (Part 2), # 4 Exhibit 3)(Elson, Vera) (Filed on 11/14/2011) (Entered: 11/14/2011) |
| 11/22/2011 | 58 | STIPULATION *AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT* by MasterObjects, Inc.. (Attachments: # 1 Exhibit 1-Second Amended Complaint, # 2 Exhibit A to SAC, # 3 Exhibit B to SAC, # 4 Exhibit C to SAC, # 5 Exhibit D to SAC, # 6 Exhibit E to SAC)(Nelson, William) (Filed on 11/22/2011) (Entered: 11/22/2011) |
| 11/29/2011 | 59 | STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT re 58 Stipulation, filed by MasterObjects, Inc. Signed by Judge Phyllis J. Hamilton on 11/29/11. (nah, COURT STAFF) (Filed on 11/29/2011) (Entered: 11/29/2011) |
| 11/30/2011 | 60 | AMENDED COMPLAINT *(SECOND)* against Google, Inc.. Filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hosie, Spencer) (Filed on 11/30/2011) (Entered: 11/30/2011) |

| 12/13/2011 | 61 | *Defendant Google Inc.'s* ANSWER to 60 Amended Complaint *(Second) for Patent Infringement and*, COUNTERCLAIM against MasterObjects, Inc. byGoogle, Inc.. (Elson, Vera) (Filed on 12/13/2011) Modified on 12/14/2011 (vlk, COURT STAFF). (Entered: 12/13/2011) |
| 12/16/2011 | 62 | CLERKS NOTICE SETTING Discovery Hearing for 12/22/2011 at 11:00 a.m.before Magistrate Judge Laurel Beeler. (ls, COURT STAFF) (Filed on 12/16/2011) (Entered: 12/16/2011) |
| 12/20/2011 | 63 | Joint Stipulation and [Proposed] Order to Continue Hearing Regarding Discovery Letters re 57 Letter Brief, 54 Letter Brief, 56 Letter Brief by Google, Inc. (Foster, Daniel) (Filed on 12/20/2011) Modified on 12/21/2011 (kc, COURT STAFF). (Entered: 12/20/2011) |
| 12/21/2011 | 64 | ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING filed by MasterObjects, Inc. (Attachments: # 1 Proposed Order)(Nelson, William) (Filed on 12/21/2011) Modified on 12/22/2011 (kc, COURT STAFF). (Entered: 12/21/2011) |
| 12/21/2011 | 65 | Declaration of William P. Nelson in Support of 64 ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 64 ) (Nelson, William) (Filed on 12/21/2011) Modified on 12/22/2011 (kc, COURT STAFF). (Entered: 12/21/2011) |
| 12/21/2011 | 66 | STIPULATION AND ORDER TO CONTINUE HEARING REGARDING DISCOVERY LETTERS: Discovery Hearing reset to 1/19/2012 at 11:00 a.m. before Magistrate Judge Laurel Beeler. Signed by Magistrate Judge Laurel Beeler on 12/21/2011. (ls, COURT STAFF) (Filed on 12/21/2011) (Entered: 12/21/2011) |
| 12/21/2011 | 67 | OPPOSITION (re 64 ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING) filed by Google, Inc. (Attachments: # 1 Proposed Order)(Foster, Daniel) (Filed on 12/21/2011) Modified on 12/22/2011 (kc, COURT STAFF). (Entered: 12/21/2011) |
| 12/23/2011 | 68 | ORDER by Judge Phyllis J. Hamilton Granting 64 Motion for Leave to File Supplemental Briefing. (ndr, COURT STAFF) (Filed on 12/23/2011) (Entered: 12/23/2011) |
| 12/28/2011 | 69 | SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO 48 DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT filed by MasterObjects, Inc. (Hosie, Spencer) (Filed on 12/28/2011) Modified on 12/29/2011 (cjl, COURT STAFF). (Entered: 12/28/2011) |
| 01/03/2012 | 70 | ANSWER TO 61 COUNTERCLAIM by MasterObjects, Inc.. (Nelson, William) (Filed on 1/3/2012) Modified on 1/4/2012 (vlk, COURT STAFF). (Entered: 01/03/2012) |

| 01/04/2012 | 71 | REPLY (re 48 MOTION for Partial Summary Judgment *Google Inc.'s Notice of Motion and Motion for Partial Summary Judgment that the Asserted Claims of U.S. Patent No. 7,752,326 Are Not Entitled to a Priority Date Earlier Than October 25, 2005* ) filed byGoogle, Inc.. (Elson, Vera) (Filed on 1/4/2012) (Entered: 01/04/2012) |
| --- | --- | --- |
| 01/17/2012 | 72 | Letter from Joint Letter of Google, Inc. and MasterObjects, Inc. Withdrawing Letter Brief Re MasterObjects' Disclosures Pursuant to L.R. 3-1 (Dkt. No. 57) . (Foster, Daniel) (Filed on 1/17/2012) (Entered: 01/17/2012) |
| 01/18/2012 | 73 | Letter from Joint Letter of MasterObjects, Inc. and Google, Inc. *Withdrawing Letter Briefs Re Interrogatory Responses (Dkt. Nos. 54 and 56)*. (Nelson, William) (Filed on 1/18/2012) (Entered: 01/18/2012) |
| 01/18/2012 |  | CLERKS NOTICE VACATING the telephonic discovery conference on January 19, 2012 at 11:00 a.m. before Magistrate Judge Laurel Beeler. Counsel have withdrawn their discovery request. (This is a text only docket entry, there is no document associated with this notice.) (ls, COURT STAFF) (Filed on 1/18/2012) (Entered: 01/18/2012) |
| 01/20/2012 | 74 | ORDER by Judge Hamilton Deferring Adjudication of 48 Early Summary Judgment Motion and Vacating Hearing Date (pjhlc2, COURT STAFF) (Filed on 1/20/2012) (Entered: 01/20/2012) |
| 01/20/2012 | 🔒 | (Court only) ***Hearing terminated re 48 MOTION for Partial Summary Judgment per 74 Order. (vlk, COURT STAFF) (Filed on 1/20/2012) (Entered: 01/23/2012) |
| 01/31/2012 | 75 | NOTICE of Change of Address by Daniel Raymond Foster, Esq (Foster, Daniel) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 76 | NOTICE of Change In Counsel by Daniel Raymond Foster, Esq *Notice of Withdrawal of Vera M. Elson as Attorney of Record for Google Inc.* (Foster, Daniel) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 03/05/2012 | 77 | MOTION for Leave to File *Third Amended Complaint* filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Proposed Order [Proposed] Order Granting Motion for Leave to File Third Amended Complaint)(Nelson, William) (Filed on 3/5/2012) (Entered: 03/05/2012) |
| 03/05/2012 | 78 | Declaration of William P. Nelson in Support of 77 MOTION for Leave to File *Third Amended Complaint* filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 77 ) (Nelson, William) (Filed on 3/5/2012) (Entered: 03/05/2012) |
| 03/06/2012 |  | Set/Reset Deadlines as to 77 MOTION for Leave to File *Third Amended Complaint*. Responses due by 3/19/2012. Replies due by 3/26/2012. Motion Hearing set for 4/11/2012 09:00 AM before Hon. Phyllis J. Hamilton. (nah, COURT STAFF) (Filed on 3/6/2012) |

|            |     | (Entered: 03/06/2012) |
|------------|-----|------------------------|
| 03/06/2012 | 79  | NOTICE of Appearance by Douglas E. Lumish (Lumish, Douglas) (Filed on 3/6/2012) (Entered: 03/06/2012) |
| 03/06/2012 | 80  | NOTICE of Appearance by Jeffrey G. Homrig (Homrig, Jeffrey) (Filed on 3/6/2012) (Entered: 03/06/2012) |
| 03/06/2012 | 81  | NOTICE of Appearance by Joseph Hyuk Lee (Lee, Joseph) (Filed on 3/6/2012) (Entered: 03/06/2012) |
| 03/06/2012 | 82  | NOTICE of Appearance by Joseph B Shear (Shear, Joseph) (Filed on 3/6/2012) (Entered: 03/06/2012) |
| 03/12/2012 | 83  | MOTION for leave to appear in Pro Hac Vice *as to Jonathan K. Waldrop* (Filing fee $ 305, receipt no. 0971-6654149) Filing fee previously paid on 3/12/12 filed by Google, Inc.. (Attachments: # 1 Proposed Order)(Homrig, Jeffrey) (Filed on 3/12/2012) Modified on 3/13/2012 (vlk, COURT STAFF). Modified on 3/13/2012 (vlk, COURT STAFF). (Entered: 03/12/2012) |
| 03/13/2012 | 84  | Order by Hon. Phyllis J. Hamilton granting 83 Motion for Pro Hac Vice for Jonathan K. Waldrop.(nah, COURT STAFF) (Filed on 3/13/2012) (Entered: 03/13/2012) |
| 03/13/2012 | 🔒  | (Court only) *** Attorney Jonathan K. Waldrop for Google, Inc.,Jonathan K. Waldrop for Google, Inc.,Jonathan K. Waldrop for Google, Inc. added. (vlk, COURT STAFF) (Filed on 3/13/2012) (Entered: 03/14/2012) |
| 03/19/2012 | 85  | STIPULATION WITH [PROPOSED] ORDER to Extend Deadlines Related to Plaintiff's Motion for Leave to File Third Amended Complaint filed by Google, Inc., MasterObjects, Inc. (Shear, Joseph) (Filed on 3/19/2012) Modified on 3/20/2012 (cjl, COURT STAFF). (Entered: 03/19/2012) |
| 03/20/2012 | 86  | ORDER DENYING REQUEST TO EXTEND DEADLINES by Hon. Phyllis J. Hamilton denying 85 Stipulation.(nah, COURT STAFF) (Filed on 3/20/2012) (Entered: 03/20/2012) |
| 03/21/2012 | 87  | NOTICE by MasterObjects, Inc. re 77 MOTION for Leave to File *Third Amended Complaint "NOTICE OF HEARING RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT"* (Nelson, William) (Filed on 3/21/2012) (Entered: 03/21/2012) |
| 03/21/2012 | 88  | STIPULATION WITH PROPOSED ORDER re 77 MOTION for Leave to File *Third Amended Complaint "STIPULATION TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER"* filed by MasterObjects, Inc.. (Nelson, William) (Filed on 3/21/2012) (Entered: 03/21/2012) |
| 03/21/2012 |     | Set/Reset hearing as to 77 MOTION for Leave to File *Third Amended* |

| | | |
|---|---|---|
| | | *Complaint*. Motion Hearing set for 4/25/2012 09:00 AM before Hon. Phyllis J. Hamilton. (vlk, COURT STAFF) (Filed on 3/21/2012) (Entered: 03/22/2012) |
| 03/27/2012 | 89 | STIPULATION AND ORDER TO EXTEND DEADLINES RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT by Hon. Phyllis J. Hamilton granting 88 Stipulation.(nah, COURT STAFF) (Filed on 3/27/2012) (Entered: 03/27/2012) |
| 03/27/2012 | 90 | STIPULATION WITH PROPOSED ORDER re 77 MOTION for Leave to File *Third Amended Complaint "STIPULATION RELATED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT, INFRINGEMENT CONTENTIONS AND [PROPOSED] ORDER"* filed by MasterObjects, Inc.. (Nelson, William) (Filed on 3/27/2012) (Entered: 03/27/2012) |
| 03/30/2012 | 91 | STIPULATION AND ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT by Hon. Phyllis J. Hamilton granting 90 Stipulation.(nah, COURT STAFF) (Filed on 3/30/2012) (Entered: 03/30/2012) |
| 03/30/2012 | 🔒 | (Court only) ***Motions terminated: 77 MOTION for Leave to File *Third Amended Complaint* filed by MasterObjects, Inc. (nah, COURT STAFF) (Filed on 3/30/2012) (Entered: 03/30/2012) |
| 03/30/2012 | 92 | AMENDED COMPLAINT *(THIRD)* against Google, Inc.. Filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Hosie, Spencer) (Filed on 3/30/2012) (Entered: 03/30/2012) |
| 04/06/2012 | 93 | NOTICE of Appearance by Linfong Tzeng (Tzeng, Linfong) (Filed on 4/6/2012) (Entered: 04/06/2012) |
| 04/10/2012 | 94 | NOTICE of Change In Counsel by Daniel Raymond Foster, Esq *Notice of Withdrawal of Vanessa Lefort as Attorney of Record for Google Inc.* (Foster, Daniel) (Filed on 4/10/2012) (Entered: 04/10/2012) |
| 04/13/2012 | 95 | *Defendant Google Inc.'s* ANSWER to Amended Complaint *(Third)* for *Patent Infringement and*, COUNTERCLAIM against MasterObjects, Inc. byGoogle, Inc.. (Lumish, Douglas) (Filed on 4/13/2012) (Entered: 04/13/2012) |
| 05/04/2012 | 96 | ANSWER TO 95 GOOGLE INC.'S THIRD AMENDED COUNTERCLAIM by MasterObjects, Inc.. (Nelson, William) (Filed on 5/4/2012) Modified on 5/7/2012 (vlk, COURT STAFF). (Entered: 05/04/2012) |
| 05/14/2012 | 97 | NOTICE of Withdrawal William P. Nelson as Attorney, filed by MasterObjects, Inc. (Hosie, Spencer) (Filed on 5/14/2012) Modified on 5/15/2012 (jlm, COURT STAFF). (Entered: 05/14/2012) |
| 06/26/2012 | 98 | Joint Discovery Letter Brief *re Protective Order* filed by Google, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit |

| | | D)(Lumish, Douglas) (Filed on 6/26/2012) (Entered: 06/26/2012) |
|---|---|---|
| 07/02/2012 | 🔒 | (Court only) ***Motions terminated: 48 MOTION for Partial Summary Judgment *Google Inc.'s Notice of Motion and Motion for Partial Summary Judgment that the Asserted Claims of U.S. Patent No. 7,752,326 Are Not Entitled to a Priority Date Earlier Than October 25, 2005* filed by Google, Inc.. (nah, COURT STAFF) (Filed on 7/2/2012) (Entered: 07/02/2012) |
| 07/03/2012 | 99 | Letter from Spencer Hosie *to Judge Beeler*. (Hosie, Spencer) (Filed on 7/3/2012) (Entered: 07/03/2012) |
| 07/09/2012 | 100 | NOTICE of Appearance by Darrell Rae Atkinson (Atkinson, Darrell) (Filed on 7/9/2012) (Entered: 07/09/2012) |
| 07/19/2012 | 101 | ORDER by Judge Beeler denying Google's request to modify the model protective order [ 98 Discovery Letter Brief] (JUDGE BEELER, COURT STAFF) (Filed on 7/19/2012) (Entered: 07/19/2012) |
| 07/19/2012 | 102 | Minute Entry: Telephonic Discovery Hearing held on 7/19/2012 before Magistrate Judge Laurel Beeler (Date Filed: 7/19/2012). (Recording #FTR: 3:03-3:22) (ls, COURT STAFF) (Date Filed: 7/19/2012) (Entered: 07/20/2012) |
| 08/14/2012 | 103 | STIPULATION WITH PROPOSED ORDER *RE: SCHEDULE FOR INFRINGEMENT AND INVALIDITY CONTENTIONS* filed by Google, Inc.. (Lee, Joseph) (Filed on 8/14/2012) (Entered: 08/14/2012) |
| 08/20/2012 | 104 | STIPULATION AND ORDER RE SCHEDULE FOR INFRINGEMENT AND INVALIDITY CONTENTIONS by Hon. Phyllis J. Hamilton granting 103 Stipulation.(nahS, COURT STAFF) (Filed on 8/20/2012) (Entered: 08/20/2012) |
| 10/30/2012 | 105 | NOTICE by MasterObjects, Inc. *OF WITHDRAWAL OF GEORGE F. BISHOP* (Hosie, Spencer) (Filed on 10/30/2012) (Entered: 10/30/2012) |
| 10/30/2012 | 🔒 | (Court only) *** Attorney George F. Bishop terminated. (vlk, COURT STAFF) (Filed on 10/30/2012) (Entered: 10/31/2012) |
| 11/02/2012 | 106 | Joint Discovery Letter Brief *re Subpoena on Non-Party Gary Williams* filed by Google, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lumish, Douglas) (Filed on 11/2/2012) (Entered: 11/02/2012) |
| 11/14/2012 | 107 | JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT [Patent L.R. 4-3] filed by Google, Inc., MasterObjects, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lee, Joseph) (Filed on 11/14/2012) Modified on 11/15/2012 (kcS, ). (Entered: 11/14/2012) |
| 11/15/2012 | 108 | CORRECTED JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT filed by Google, Inc., MasterObjects, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Lee, Joseph) (Filed on 11/15/2012) Modified on 11/16/2012 (kcS, ). |

| | | |
|---|---|---|
| | | (Entered: 11/15/2012) |
| 11/21/2012 | 109 | *** **FILED IN ERROR. REFER TO DOCUMENT 112** . *** STIPULATION WITH PROPOSED ORDER *Stipulated Protective Order* filed by Google, Inc.. (Lumish, Douglas) (Filed on 11/21/2012) Modified on 11/29/2012 (fff, COURT STAFF). (Entered: 11/21/2012) |
| 11/29/2012 | 110 | CLAIM CONSTRUCTION STATEMENT *Plaintiff's Opening Claim Construction Brief*  filed by MasterObjects, Inc.. (Hosie, Spencer) (Filed on 11/29/2012) (Entered: 11/29/2012) |
| 11/29/2012 | 111 | Declaration of Spencer Hosie in Support of 110 Claim Construction Statement *Declaration of Spencer Hosie in Support of Plaintiff's Opening Claim Construction Brief"* filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Related document(s) 110 ) (Hosie, Spencer) (Filed on 11/29/2012) (Entered: 11/29/2012) |
| 11/29/2012 | 112 | STIPULATION WITH PROPOSED ORDER *Corrected Stipulated Protective Order CORRECTION OF DOCKET #109 109* filed by Google, Inc.. (Waldrop, Jonathan) (Filed on 11/29/2012) (Entered: 11/29/2012) |
| 11/30/2012 | 113 | Supplemental Discovery Letter Brief*Re Subpoena on Non-Party Gary Williams (Dkt. 106)* filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A)(Hosie, Spencer) (Filed on 11/30/2012) (Entered: 11/30/2012) |
| 12/03/2012 | 114 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Laurel Beeler: withdrawn 109 Stipulation; granting 112 Stipulation. (ls, COURT STAFF) (Filed on 12/3/2012) (Entered: 12/03/2012) |
| 12/03/2012 | 115 | Discovery Letter Brief *Google's Response to MasterObjects' Supplemental Letter Brief re: Subpoena on Non-Party Gary Williams [Dkt. 106]* filed by Google, Inc.. (Lumish, Douglas) (Filed on 12/3/2012) (Entered: 12/03/2012) |
| 12/14/2012 | 116 | CLAIM CONSTRUCTION STATEMENT *RE GOOGLE'S RESPONSIVE CLAIM CONSTRUCTION BRIEF* filed by Google, Inc.. (Lumish, Douglas) (Filed on 12/14/2012) (Entered: 12/14/2012) |
| 12/14/2012 | 117 | Declaration of Joseph H. Lee in Support of 116 Claim Construction Statement filed byGoogle, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Related document (s) 116 ) (Lumish, Douglas) (Filed on 12/14/2012) (Entered: 12/14/2012) |
| 12/17/2012 | | CLERKS NOTICE SETTING Discovery Hearing for 12/20/2012 at 11:00 AM in Courtroom C, 15th Floor, San Francisco before Magistrate Judge Laurel Beeler. Counsel may appear telephonically for |

|  |  |  |
|---|---|---|
|  |  | the conference. Counsel shall make the necessary arrangements through CourtCall. (This is a docket text entry only. There is no document associated with this entry.) (ls, COURT STAFF) (Filed on 12/17/2012) (Entered: 12/17/2012) |
| 12/20/2012 | 118 | Minute Entry: Discovery Hearing held on 12/20/2012 before Magistrate Judge Laurel Beeler (Date Filed: 12/20/2012). (Court Reporter Kathy Wyatt) (ls, COURT STAFF) (Date Filed: 12/20/2012) (Entered: 12/20/2012) |
| 12/21/2012 | 119 | Reply to 116 *Responsive Claim Construction Brief,* filed by MasterObjects, Inc.. (Hosie, Spencer) (Filed on 12/21/2012) Modified on 12/26/2012 (jlm, COURT STAFF). (Entered: 12/21/2012) |
| 12/21/2012 | 120 | Declaration of Spencer Hosie in Support of 120 Reply to Responsive Claim Construction Brief filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K)(Related document(s) 119 ) (Hosie, Spencer) (Filed on 12/21/2012) Modified on 12/26/2012 (jlm, COURT STAFF). (Entered: 12/21/2012) |
| 12/21/2012 | 121 | ORDER by Magistrate Judge Laurel Beeler Re: 106 Discovery Letter Brief. Signed by Magistrate Judge Laurel Beeler, on 12/21/12 (lblc1, COURT STAFF) (Filed on 12/21/2012) Modified on 12/26/2012 (jlm, COURT STAFF). (Entered: 12/21/2012) |
| 12/28/2012 | 🔒 | (Court only) ***Motions terminated: 113 Supplemental Discovery Letter Brief*Re Subpoena on Non-Party Gary Williams (Dkt. 106)* filed by MasterObjects, Inc.., 115 Discovery Letter Brief *Google's Response to MasterObjects' Supplemental Letter Brief re: Subpoena on Non-Party Gary Williams [Dkt. 106]* filed by Google, Inc.. (ls, COURT STAFF) (Filed on 12/28/2012) (Entered: 12/28/2012) |
| 01/04/2013 | 122 | CLERKS NOTICE CHANGING START TIME OF TUTORIAL HEARING. YOU ARE HEREBY NOTIFIED THAT THE TUTORIAL HEARING WILL BEGIN AT 11:00 AM INSTEAD OF 9:00 AM. Tutorial Hearing set for 1/11/2013 11:00 AM. (THIS IS A TEXT ONLY DOCKET ENTRY, THERE IS NO NOTICE ASSOCIATED WITH THIS NOTICE.)(nah, COURT STAFF) (Filed on 1/4/2013) (Entered: 01/04/2013) |
| 01/08/2013 | 123 | STIPULATION WITH PROPOSED ORDER *Regarding Equipment for January 11, 2013 Technology Tutorial* filed by MasterObjects, Inc.. (Hosie, Spencer) (Filed on 1/8/2013) Modified on 1/9/2013 (vlk, COURT STAFF). (Entered: 01/08/2013) |
| 01/09/2013 | 124 | Order by Hon. Phyllis J. Hamilton granting 123 Stipulation.(nah, COURT STAFF) (Filed on 1/9/2013) (Entered: 01/09/2013) |
| 01/11/2013 | 125 | Minute Entry: Tutorial Hearing held on 1/11/2013 before Phyllis J. Hamilton (Date Filed: 1/11/2013). (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 1/11/2013) (Entered: 01/11/2013) |
| 01/30/2013 | 126 | Minute Entry: Claims Construction / Markman Hearing held on |

| | | |
|---|---|---|
| | | 1/30/2013 before Phyllis J. Hamilton (Date Filed: 1/30/2013). (Court Reporter Raynee Mercado.) (nah, COURT STAFF) (Date Filed: 1/30/2013) (Entered: 01/31/2013) |
| 02/13/2013 | 127 | Joint Statement *re: Claim Construction in Response to the Court's Markman Hearing* by Google, Inc., MasterObjects, Inc.. (Lee, Joseph) (Filed on 2/13/2013) Modified on 2/14/2013 (vlk, COURT STAFF). (Entered: 02/13/2013) |
| 02/20/2013 | 128 | Transcript of Proceedings held on January 30, 2013, before Judge Phyllis J. Hamilton. Court Reporter Raynee H. Mercado, CSR, Telephone number 510-451-7530, raynee_mercado@cand.uscourts.gov, rayneeh@hotmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 3/13/2013. Redacted Transcript Deadline set for 3/25/2013. Release of Transcript Restriction set for 5/21/2013. (rhm) (Filed on 2/20/2013) (Entered: 02/20/2013) |
| 02/26/2013 | 129 | Transcript of Proceedings held on December 20, 2012, before Magistrate Judge Laurel Beeler. Court Reporter/Transcriber Kathy Wyatt/Diane Skillman, Telephone number 925-212-5224/510-451-2930. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Redaction Request due 3/19/2013. Redacted Transcript Deadline set for 3/29/2013. Release of Transcript Restriction set for 5/28/2013. (Skillman, Diane) (Filed on 2/26/2013) (Entered: 02/26/2013) |
| 03/22/2013 | 130 | MOTION for Leave to File *Notice of Motion and Motion for Leave to File Fourth Amended Complaint* filed by MasterObjects, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Hosie, Spencer) (Filed on 3/22/2013) (Entered: 03/22/2013) |
| 03/22/2013 | 131 | Declaration of Spencer Hosie in Support of 130 MOTION for Leave to File *Notice of Motion and Motion for Leave to File Fourth Amended Complaint* filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit Ex. A to Hosie Declaration, # 2 Exhibit Ex. A to Fourth Amended Complaint, # 3 Exhibit Ex. B to Fourth Amended Complaint, # 4 Exhibit Ex. C to Fourth Amended Complaint 1-46, # 5 Exhibit Ex. C to Fourth Amended Complaint 47-97, # 6 Exhibit Ex. D to Fourth Amended Complaint, # 7 Exhibit Ex. E to Fourth Amended Complaint, # 8 Exhibit Ex. F to Fourth Amended Complaint, # 9 Exhibit Ex. B to Hosie Declaration, # 10 Exhibit Ex. C to Hosie Declaration, # 11 |

| | | |
|---|---|---|
| | | Exhibit Ex. D to Hosie Declaration, # 12 Exhibit Ex. E to Hosie Declaration)(Related document(s) 130 ) (Hosie, Spencer) (Filed on 3/22/2013) (Entered: 03/22/2013) |
| 03/22/2013 | | Set Hearing as to 130 MOTION for Leave to File *Fourth Amended Complaint*. Motion Hearing set for 5/1/2013 09:00 AM before Hon. Phyllis J. Hamilton. (vlk, COURT STAFF) (Filed on 3/22/2013) (Entered: 03/25/2013) |
| 04/01/2013 | 132 | Joint Stipulation for Defendant Google Inc. to File Amended Answer and Counterclaims to Plaintiff MasterObjects, Inc.'s Third Amended Complaint filed by Google, Inc.. (Attachments: # 1 Exhibit A)(Lee, Joseph) (Filed on 4/1/2013) Modified on 4/2/2013 (vlk, COURT STAFF). (Entered: 04/01/2013) |
| 04/01/2013 | 133 | AMENDED ANSWER to *Plaintiff MasterObjects Inc.'s Third* 92 Amended Complaint, *for Patent Infringement, and*, COUNTERCLAIM against MasterObjects, Inc. byGoogle, Inc.. (Lumish, Douglas) (Filed on 4/1/2013) (Entered: 04/01/2013) |
| 04/05/2013 | 134 | RESPONSE (re 130 MOTION for Leave to File *Notice of Motion and Motion for Leave to File Fourth Amended Complaint*) filed byGoogle, Inc.. (Attachments: # 1 Proposed Order)(Lee, Joseph) (Filed on 4/5/2013) (Entered: 04/05/2013) |
| 04/05/2013 | 135 | DECLARATION of Joseph H. Lee in Opposition to 134 Opposition/Response to Motion *for Leave to File Fourth Amended Complaint* filed byGoogle, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Related document(s) 134 ) (Lee, Joseph) (Filed on 4/5/2013) (Entered: 04/05/2013) |
| 04/10/2013 | 136 | REPLY (re 130 MOTION for Leave to File *Notice of Motion and Motion for Leave to File Fourth Amended Complaint*) *Plaintiff MasterObjects' Reply to Defendant Google Inc.'s Response to Plaintiff's Motion for Leave to File Fourth Amended Complaint* filed byMasterObjects, Inc.. (Attachments: # 1 Exhibit Exhibit F, # 2 Exhibit Exhibit G, # 3 Exhibit Exhibit H, # 4 Exhibit Exhibit I, # 5 Exhibit Exhibit J)(Hosie, Spencer) (Filed on 4/10/2013) (Entered: 04/10/2013) |
| 04/16/2013 | 137 | STIPULATION WITH PROPOSED ORDER re 133 Amended Answer to Complaint, Counterclaim *Stipulation and [Proposed] Order Regarding Extension of Time to Respond to Defendant's Amended Answer to Plaintiff's Third Amended Complaint and Counterclaims; Declaration of Spencer Hosie in Support Thereof* filed by MasterObjects, Inc. Google, Inc. (Attachments: # 1 Declaration Declaration of Spencer Hosie)(Hosie, Spencer) (Filed on 4/16/2013) Modified on 4/17/2013 (kcS, COURT STAFF). (Entered: 04/16/2013) |
| 04/19/2013 | **138** | **STIPULATION AND ORDER EXTENDING TIME by Hon. Phyllis J. Hamilton granting 137 Stipulation.(nah, COURT STAFF) (Filed on 4/19/2013) (Entered: 04/19/2013)** |

| | | |
|---|---|---|
| 04/19/2013 | 139 | ANSWER TO COUNTERCLAIM 133 Amended Answer to Complaint, Counterclaim *Plaintiff MasterObjects, Inc.'s Answer to Defendant Google Inc.'s Answer to Defendant Google Inc.'s Amended Counterclaims to Plaintiff's Third Amended Complaint* byMasterObjects, Inc.. (Hosie, Spencer) (Filed on 4/19/2013) (Entered: 04/19/2013) |
| 04/24/2013 | 140 | MOTION for Partial Summary Judgment filed by MasterObjects, Inc.. Motion Hearing set for 5/29/2013 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 5/8/2013. Replies due by 5/15/2013. (Attachments: # 1 Proposed Order Proposed Order)(Hosie, Spencer) (Filed on 4/24/2013) Modified on 4/25/2013 (vlk, COURT STAFF). (Entered: 04/24/2013) |
| 04/24/2013 | 141 | Declaration of Spencer Hosie in Support of 140 MOTION for Partial Summary Judgment filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. C, # 4 Exhibit Ex. D, # 5 Exhibit Ex. E, # 6 Exhibit Ex. F, # 7 Exhibit Ex. G, # 8 Exhibit Ex. H, # 9 Exhibit Ex. I)(Related document(s) 140 ) (Hosie, Spencer) (Filed on 4/24/2013) Modified on 4/25/2013 (vlk, COURT STAFF). (Entered: 04/24/2013) |
| 05/01/2013 | 142 | Minute Entry: Motion Hearing held on 5/1/2013 before Phyllis J. Hamilton (Date Filed: 5/1/2013) re 130 MOTION for Leave to File *Notice of Motion and Motion for Leave to File Fourth Amended Complaint* filed by MasterObjects, Inc. (Court Reporter Raynee Mercado.) (nah, COURT STAFF) (Date Filed: 5/1/2013) (Entered: 05/01/2013) |
| 05/01/2013 | 143 | Letter from Diane Rice *re Motion for Partial Summary Judgment*. (Rice, Diane) (Filed on 5/1/2013) Modified on 5/2/2013 (vlk, COURT STAFF). (Entered: 05/01/2013) |
| 05/01/2013 | 144 | MOTION to Withdraw as Attorney *(UNOPPOSED)* filed by Google, Inc.. Responses due by 5/15/2013. Replies due by 5/22/2013. (Attachments: # 1 Proposed Order)(Homrig, Jeffrey) (Filed on 5/1/2013) (Entered: 05/01/2013) |
| 05/02/2013 | 145 | **ORDER by Judge Hamilton denying 130 Motion for Leave to File (pjhlc2, COURT STAFF) (Filed on 5/2/2013) (Entered: 05/02/2013)** |
| 05/03/2013 | 146 | **Order by Hon. Phyllis J. Hamilton granting 144 Motion to Withdraw as Attorney. Attorney Jeffrey G. Homrig and Douglas E. Lumish terminated.(nah, COURT STAFF) (Filed on 5/3/2013) (Entered: 05/03/2013)** |
| 05/03/2013 | 147 | STIPULATION WITH PROPOSED ORDER *Stipulation and [Proposed] Order to Extend Time for the Briefing and Hearing on Masterobjects, Inc.'s Motion for Partial Summary Adjudication on Judicial Estoppel* filed by Google, Inc.. (Attachments: # 1 Declaration of Joseph H. Lee)(Lee, Joseph) (Filed on 5/3/2013) (Entered: 05/03/2013) |
| 05/07/2013 | 148 | **STIPULATION AND ORDER TO EXTEND TIME FOR THE** |

| | | |
|---|---|---|
| | | **BRIEFING AND HEARING ON MASTEROBJECTS MOTION FOR PARTIAL SUMMARY JUDGMENT by Hon. Phyllis J. Hamilton granting 147 Stipulation.(nah, COURT STAFF) (Filed on 5/7/2013) (Entered: 05/07/2013)** |
| 05/07/2013 | | Set/Reset Deadlines as to 140 MOTION for Partial Summary Judgment *Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication on Judicial Estoppel and [Proposed] Order* MOTION for Partial Summary Judgment *Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication on Judicial Estoppel and [Proposed] Order*. Response due by 5/15/2013. Reply due by 5/22/2013. Motion Hearing set for 6/5/2013 09:00 AM before Hon. Phyllis J. Hamilton. (nah, COURT STAFF) (Filed on 5/7/2013) (Entered: 05/07/2013) |
| 05/15/2013 | 149 | Administrative Motion to File Under Seal *Select Exhibits to the Declaration of Joseph H. Lee in Support of Google's Opposition to MasterObjects' Motion for Partial Summary Ajudication on Judicial Estoppel* filed by Google, Inc.. (Attachments: # 1 Declaration of Joseph H. Lee, # 2 Proposed Order)(Lee, Joseph) (Filed on 5/15/2013) (Entered: 05/15/2013) |
| 05/15/2013 | 150 | RESPONSE (re 140 MOTION for Partial Summary Judgment) filed byGoogle, Inc.. (Attachments: # 1 Proposed Order)(Lee, Joseph) (Filed on 5/15/2013) Modified on 5/16/2013 (vlk, COURT STAFF). (Entered: 05/15/2013) |
| 05/15/2013 | 151 | Declaration of Joseph H. Lee in Support of 150 Opposition/Response to Motion,, 149 Administrative Motion to File Under Seal *Select Exhibits to the Declaration of Joseph H. Lee in Support of Google's Opposition to MasterObjects' Motion for Partial Summary Ajudication on Judicial Estoppel* filed byGoogle, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16)(Related document(s) 150 , 149 ) (Lee, Joseph) (Filed on 5/15/2013) (Entered: 05/15/2013) |
| 05/22/2013 | 152 | REPLY (re 140 MOTION for Partial Summary Judgment *Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication on Judicial Estoppel and [Proposed] Order* MOTION for Partial Summary Judgment *Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication on Judicial Estoppel and [Proposed] Order* ) *Plaintiff MasterObjects' Reply to Defendant Google Inc.'s Opposition to Plaintiff MasterObjects, Inc.'s Motion for Partial Summary Adjudication on Judicial Estoppel; Declaration of Spencer Hosie in Support Thereof"* filed byMasterObjects, Inc.. (Attachments: # 1 Declaration Declaration of Spencer Hosie, # 2 Exhibit J, # 3 Exhibit K) (Hosie, Spencer) (Filed on 5/22/2013) (Entered: 05/22/2013) |
| 05/28/2013 | 153 | **Claim construction order. Signed by Judge Hamilton on 05/28/13.** |

| | | (pjhlc2, COURT STAFF) (Filed on 5/28/2013) (Entered: 05/28/2013) |
|---|---|---|
| 05/28/2013 | 154 | CLERKS NOTICE SETTING FURTHER CASE MANAGEMENT CONFERENCE. Joint Case Management Statement due by 6/13/2013. Further Case Management Conference set for 6/20/2013 02:00 PM. (THIS IS A TEXT ONLY DOCKET ENTRY, THERE IS NO DOCUMENT ASSOCIATED WITH THIS NOTICE) (nah, COURT STAFF) (Filed on 5/28/2013) (Entered: 05/28/2013) |
| 05/29/2013 | 155 | OBJECTIONS to Reply Evidence re 152 Reply to Opposition/Response by Google, Inc. (Lee, Joseph) (Filed on 5/29/2013) Modified on 5/30/2013 (kcS, COURT STAFF). (Entered: 05/29/2013) |
| 06/05/2013 | 156 | Minute Entry: Motion Hearing held on 6/5/2013 before Phyllis J. Hamilton (Date Filed: 6/5/2013) re 140 MOTION for Partial Summary Judgment *Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication on Judicial Estoppel and [Proposed] Order* MOTION for Partial Summary Judgment *Plaintiff MasterObjects, Inc.'s Notice of Motion and Motion for Partial Summary Adjudication on Judicial Estoppel and [Proposed] Order* filed by MasterObjects, Inc. (Court Reporter Raynee Mercado.) (nah, COURT STAFF) (Date Filed: 6/5/2013) (Entered: 06/05/2013) |
| 06/11/2013 | 157 | **ORDER by Judge Hamilton denying 140 Motion for Partial Summary Judgment; denying 149 Administrative Motion to File Under Seal (pjhlc2, COURT STAFF) (Filed on 6/11/2013) (Entered: 06/11/2013)** |
| 06/13/2013 | 158 | TRANSCRIPT ORDER by Google, Inc. for Court Reporter Raynee Mercado. (Shear, Joseph) (Filed on 6/13/2013) (Entered: 06/13/2013) |
| 06/13/2013 | 159 | JOINT CASE MANAGEMENT STATEMENT filed by Google, Inc. and MasterObjects, Inc.. (Shear, Joseph) (Filed on 6/13/2013) Modified on 6/14/2013 (vlk, COURT STAFF). (Entered: 06/13/2013) |
| 06/13/2013 | 160 | STIPULATION WITH PROPOSED ORDER *RE JOINT DISMISSAL OF CLAIMS* filed by Google, Inc.. (Shear, Joseph) (Filed on 6/13/2013) (Entered: 06/13/2013) |
| 06/14/2013 | 161 | Transcript of Proceedings held on June 5, 2013, before Judge Phyllis J. Hamilton. Court Reporter Raynee H. Mercado, CSR, Telephone number 510-451-7530, rayneeh@hotmail.com, raynee_mercado@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 9/12/2013. (Related documents(s) 158 ) (rhm) (Filed on 6/14/2013) (Entered: 06/14/2013) |

| 06/14/2013 | 162 | MOTION for Leave to File *"MASTEROBJECTS, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER FOR THE MASTEROBJECTS PATENTS"* filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Hosie, Spencer) (Filed on 6/14/2013) (Entered: 06/14/2013) |
|---|---|---|
| 06/14/2013 | 163 | **STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS by Hon. Phyllis J. Hamilton granting 160 Stipulation.(nah, COURT STAFF) (Filed on 6/14/2013) (Entered: 06/14/2013)** |
| 06/20/2013 | 164 | Minute Entry: Further Case Management Conference held on 6/20/2013 before Phyllis J. Hamilton (Date Filed: 6/20/2013), Case referred to Private ADR. Non Expert Discovery due by 1/15/2014. Disclosure of Experts due by 2/13/2014. Rebuttal due by 3/14/2014. Dispositive Motions to be heard by 6/18/2014. Final Pretrial Conference set for 9/25/2014 02:00 PM. Jury Selection set for 10/20/2014 08:30 AM before Hon. Phyllis J. Hamilton. Jury Trial set for 10/20/2014 08:30 AM before Hon. Phyllis J. Hamilton. (Court Reporter Not Reported.) (nah, COURT STAFF) (Date Filed: 6/20/2013) (Entered: 06/21/2013) |
| 06/24/2013 | 165 | **CASE MANAGEMENT AND PRETRIAL ORDER re 164 Case Management Conference - Further. Signed by Judge Phyllis J. Hamilton on 6/24/13. (nah, COURT STAFF) (Filed on 6/24/2013) (Entered: 06/24/2013)** |
| 07/03/2013 | 166 | RESPONSE (re 162 MOTION for Leave to File *"MASTEROBJECTS, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF CLAIM CONSTRUCTION ORDER FOR THE MASTEROBJECTS PATENTS"* ) filed byGoogle, Inc.. (Shear, Joseph) (Filed on 7/3/2013) (Entered: 07/03/2013) |
| 07/03/2013 | 167 | Declaration of Joseph B. Shear in Support of 166 Opposition/Response to Motion, *Google Inc.'s Opposition to MasterObjects' Motion for Leave to File Motion for Reconsideration of Claim Construction Order for the MasterObjects Patents and Google's Opposition to MasterObjects' Motion for Reconsideration of Claim Construction Order* filed byGoogle, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 166 ) (Shear, Joseph) (Filed on 7/3/2013) (Entered: 07/03/2013) |
| 07/10/2013 | 168 | MOTION for leave to appear in Pro Hac Vice *for Defendant and Counterclaimant GOOGLE INC.* ( Filing fee $ 305, receipt number 0971-7837143.) filed by Google, Inc.. (Attachments: # 1 Certificate of Good Standing, # 2 Proposed Order)(Jones, Darcy) (Filed on 7/10/2013) (Entered: 07/10/2013) |
| 07/12/2013 | 169 | **Order by Hon. Phyllis J. Hamilton granting 168 Motion for Pro Hac Vice for Darcy L. Jones.(nah, COURT STAFF) (Filed on 7/12/2013) (Entered: 07/12/2013)** |
| 07/12/2013 | 170 | MOTION to Withdraw as Attorney re *[Unopposed] Motion to* |

| | | |
|---|---|---|
| | | *Withdraw re Joseph H. Lee and Linfong Tzeng* filed by Google, Inc.. Responses due by 7/26/2013. Replies due by 8/2/2013. (Attachments: # 1 Proposed Order)(Shear, Joseph) (Filed on 7/12/2013) (Entered: 07/12/2013) |
| 07/18/2013 | 171 | **Order by Hon. Phyllis J. Hamilton granting 170 Motion to Withdraw as Attorney. Attorney Joseph Hyuk Lee and Linfong Tzeng terminated.(nah, COURT STAFF) (Filed on 7/18/2013) (Entered: 07/18/2013)** |
| 08/13/2013 | 172 | NOTICE by MasterObjects, Inc. *OF ORDER ON EBAY'S MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING U.S. PATENT NOS. 8,112,529 AND 8,060,639* (Attachments: # 1 Exhibit A) (Hosie, Spencer) (Filed on 8/13/2013) Modified on 8/14/2013 (cpS, COURT STAFF). (Entered: 08/13/2013) |
| 08/26/2013 | 173 | **ORDER by Judge Hamilton denying 162 Motion for Leave to File (pjhlc2, COURT STAFF) (Filed on 8/26/2013) (Entered: 08/26/2013)** |
| 09/09/2013 | 174 | NOTICE of Appearance by Keith J. Mitro (Mitro, Keith) (Filed on 9/9/2013) (Entered: 09/09/2013) |
| 09/18/2013 | 175 | MOTION to Relate Case *"ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12"* filed by MasterObjects, Inc.. (Hosie, Spencer) (Filed on 9/18/2013) (Entered: 09/18/2013) |
| 10/01/2013 | 176 | **ORDER RELATING CASES by Hon. Phyllis J. Hamilton granting 175 Motion to Relate Case. C 11-1054 PJH AND C 13-4304 DMR ARE RELATED.(nah, COURT STAFF) (Filed on 10/1/2013) (Entered: 10/01/2013)** |
| 10/15/2013 | 177 | STIPULATION WITH PROPOSED ORDER *REGARDING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION* filed by Google, Inc.. (Attachments: # 1 Declaration of Joseph B. Shear)(Shear, Joseph) (Filed on 10/15/2013) (Entered: 10/15/2013) |
| 10/21/2013 | 178 | **STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION by Hon. Phyllis J. Hamilton granting 177 Stipulation.(nahS, COURT STAFF) (Filed on 10/21/2013) (Entered: 10/21/2013)** |
| 10/29/2013 | 179 | STIPULATION WITH PROPOSED ORDER *REGARDING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION* filed by Google, Inc.. (Attachments: # 1 Declaration of Joseph B. Shear ISO Joint Stipulation to Extend Time to File SJ)(Shear, Joseph) (Filed on 10/29/2013) (Entered: 10/29/2013) |
| 10/31/2013 | 180 | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION by Hon. Phyllis J. Hamilton granting 179 Stipulation.(nah, COURT STAFF) (Filed on 10/31/2013) (Entered: 10/31/2013)** |
| | | |

| | | |
|---|---|---|
| 11/13/2013 | 🔒 181 | Administrative Motion to File Under Seal *Portions of Google Inc.'s Motion for Summary Judgement of Non-Infringement of U.S. Patent Nos. 8,060,639 and 8,112,529* filed by Google, Inc.. (Attachments: # 1 Declaration, # 2 Exhibit D [Under Seal], # 3 Exhibit E [Under Seal], # 4 Exhibit G [Under Seal], # 5 Exhibit H [Under Seal], # 6 Exhibit I [Unredacted], # 7 Exhibit I [Redacted], # 8 Exhibit J [Unredacted], # 9 Exhibit J [Redacted], # 10 Certificate/Proof of Service, # 11 Proposed Order)(Mitro, Keith) (Filed on 11/13/2013) (Entered: 11/13/2013) |
| 11/13/2013 | 182 | MOTION for Summary Judgment *of Non-Infringement of U.S. Patent Nos. 8,060,639 and 8,112,529* filed by Google, Inc.. Motion Hearing set for 12/18/2013 9:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 11/27/2013. Replies due by 12/4/2013. (Attachments: # 1 Declaration of Keith J. Mitro, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Proposed Order)(Jones, Darcy) (Filed on 11/13/2013) Modified on 11/19/2013 (vlkS, COURT STAFF). (Entered: 11/13/2013) |
| 11/13/2013 | | Set hearing as to 182 MOTION for Summary Judgment *of Non-Infringement of U.S. Patent Nos. 8,060,639 and 8,112,529.* Motion Hearing set for 12/18/2013 **09:00 AM** before Hon. Phyllis J. Hamilton. (vlkS, COURT STAFF) (Filed on 11/13/2013) (Entered: 11/19/2013) |
| 11/14/2013 | 183 | Declaration of NICHOLAS WEININGER in Support of 182 MOTION for Summary Judgment *of Non-Infringement of U.S. Patent Nos. 8,060,639 and 8,112,529* filed byGoogle, Inc.. (Related document(s) 182 ) (Jones, Darcy) (Filed on 11/14/2013) (Entered: 11/14/2013) |
| 11/15/2013 | 184 | **FILED IN ERROR. PLEASE DISREGARD.** NOTICE of Appearance by Jeffrey James Toney (Attachments: # 1 Exhibit Letter of Good Standing)(Toney, Jeffrey) (Filed on 11/15/2013) Modified on 11/15/2013 (vlkS, COURT STAFF). (Entered: 11/15/2013) |
| 11/15/2013 | 185 | MOTION for leave to appear in Pro Hac Vice *Jeffrey James Toney* ( Filing fee $ 305, receipt number 0971-8163770.) filed by Google, Inc.. (Attachments: # 1 Exhibit)(Toney, Jeffrey) (Filed on 11/15/2013) (Entered: 11/15/2013) |
| 11/20/2013 | 186 | **Order by Hon. Phyllis J. Hamilton granting 185 Motion for Pro Hac Vice for Jeffrey James Toney.(nah, COURT STAFF) (Filed on 11/20/2013) (Entered: 11/20/2013)** |
| 11/22/2013 | 187 | STIPULATION WITH PROPOSED ORDER *JOINT STIPULATION FOR ENTRY OF STIPULATED FINAL JUDGMENT* filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hosie, Spencer) (Filed on 11/22/2013) (Entered: 11/22/2013) |
| 11/22/2013 | 188 | STIPULATION WITH PROPOSED ORDER re 182 MOTION for Summary Judgment *of Non-Infringement of U.S. Patent Nos. 8,060,639 and 8,112,529 TO EXTEND TIME FOR SCHEDULE ON SUMMARY* |

| | | |
|---|---|---|
| | | *JUDGMENT MOTION* filed by MasterObjects, Inc.. (Hosie, Spencer) (Filed on 11/22/2013) (Entered: 11/22/2013) |
| 11/26/2013 | [189](#) | **STIPULATED FINAL JUDGMENT, ***Civil Case Terminated. Signed by Judge Phyllis J. Hamilton on 11/26/13. (nah, COURT STAFF) (Filed on 11/26/2013) (Entered: 11/26/2013)** |
| 12/03/2013 | [190](#) | NOTICE OF APPEAL to the Federal Circuit as to [189](#) Judgment, Terminated Case by MasterObjects, Inc.. Filing fee $ 505, receipt number 0971-8200506. Appeal Record due by 1/2/2014. (Hosie, Spencer) (Filed on 12/3/2013) (Entered: 12/03/2013) |
| 12/03/2013 | [191](#) | MOTION to Withdraw as Attorney *re Joseph B. Shear* filed by Google, Inc.. Responses due by 12/17/2013. Replies due by 12/24/2013. (Attachments: # [1](#) Proposed Order)(Shear, Joseph) (Filed on 12/3/2013) (Entered: 12/03/2013) |

SPENCER HOSIE (SBN 101777)
shosie@hosielaw.com
DIANE S. RICE (SBN 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (SBN 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
Telephone (415) 247-6000
Facsimile (415) 247-6001

Attorneys for Plaintiff
MASTEROBJECTS, INC.

JOSEPH B. SHEAR (Bar No. 262222)
jshear@kasowitz.com
KEITH J. MITRO (Bar No. 287108)
kmitro@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone (650) 453-5170
Facsimile (650) 453-5171

JONATHAN K. WALDROP (*pro hac vice*)
jwaldrop@kasowitz.com
DARCY L. JONES (*pro hac vice*)
djones@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, N.W., Suite 1500
Atlanta, GA 30309
Telephone (404) 260-6080
Facsimile (404) 260-6081

Attorneys for Defendant and Counterclaimant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counter-defendant<br><br>　　v.<br><br>GOOGLE INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaimant. | CASE NO. CV 11-01054 PJH<br><br>**[PROPOSED] STIPULATED FINAL JUDGMENT** |

The Court having issued its Claim Construction Order on May 28, 2013 (D.I. 153); and pursuant to the Joint Stipulation for Entry of Stipulated Final Judgment ("Joint Stipulation"), entered into by and among Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Google Inc. ("Google"); and

Based on the Court's construction of the "additional characters" terms as meaning "only the changes to the input string that were not sent in any previous consecutive query" (Claim Construction Order, pp. 15-17); and based on the parties' Joint Stipulation that the Google accused products do not practice the "additional characters" terms and therefore do not infringe claims 1, 8, 13, 44, and 45 of the '529 patent and claims 1 and 13 of the '639 patent, the claims asserted in this litigation; and

Based on the stipulated facts set forth in the Joint Stipulation, which are incorporated herein by reference; and

Based upon the parties' stipulation that, subject to the reservation of rights for MasterObjects and Google set forth in the Joint Stipulation, final judgment of non-infringement may properly be entered,

IT IS HEREBY ORDERED as follows:

1.    Therefore, pursuant to the parties' stipulation, judgment of non-infringement as a matter of law as to all asserted claims in the Complaint (claims 1, 8, 13, 44, and 45 of U.S. Patent 8,112,529 and claims 1 and 13 of U.S. Patent No. 8,060,639), against Plaintiff and in favor of Defendant is GRANTED.

2.    This Stipulated Final Judgment is without prejudice to the parties' rights to appeal the Court's Claim Construction Order, this Stipulated Final Judgment of non-infringement and/or any prior or future orders issued by the Court, which appeal rights are specifically preserved.  The parties reserve their rights to challenge construction of this disputed claim phrase of the '529 patent or the '639 patent on appeal.

3.    Nothing in the Claim Construction Order, the Joint Stipulation, or this Stipulated Final Judgment, or any other order in this matter, shall have any collateral estoppel or issue preclusion effect in this matter or in any present or future litigation of MasterObjects with Google

1 | or in any present or future litigation of MasterObjects with any other entity, and, specifically (but
2 | without limitation) shall have no collateral estoppel or issue preclusion effect in the matters of:
3 | MasterObjects, Inc. v. eBay Inc., No. C 12-680 JSC (N.D. Cal.); MasterObjects, Inc. v. Yahoo,
4 | Inc., No. C 11-2539 JSW (N.D. Cal.); or MasterObjects, Inc. v. Google Inc., No. C 13-04304
5 | PJH (N.D. Cal.), until this Stipulated Judgment becomes final and unappealable. The foregoing
6 | does not waive or limit any of Google's defenses, other than collateral estoppel or issue
7 | preclusion before this Stipulated Final Judgment becomes final and unappealable, with respect to
8 | the Claim Construction Order, the Joint Stipulation, or the Stipulated Final Judgment, including
9 | the persuasive effect of said Claim Construction Order, which may be available to Google in the
10 | appeal of this matter or in any other present or future litigation between MasterObjects and
11 | Google, including but not limited to the matter MasterObjects, Inc. v. Google Inc., No. C 13-
12 | 04304 PJH (N.D. Cal.) ("MasterObjects II").

13 |    4.    Pursuant to the parties' Stipulated Final Judgment, the Court DIRECTS the Clerk
14 | to enter final judgment as set forth herein.

15 |    5.    Pursuant to the parties' Stipulated Final Judgment, the Court ORDERS that
16 | Defendant's counterclaims are DISMISSED without prejudice.

17 |    6.    All claims in this action having now been adjudicated or dismissed by one or more
18 | Orders of this Court, this is the Final Judgment of the Court in this matter.

19 |    The clerk is ordered to provide copies of this order to all counsel.

20 |    IT IS SO ORDERED.

21 |
22 | Dated: ___November 26___, 2013



23 | _____
    Honorable Phyllis J. Hamilton
    U.S. District Court Judge

SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 941111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., | Case No. CV 11-1054 PJH |
| Plaintiff, | |
| v. | **PLAINTIFF MASTEROBJECTS, INC.'S** |
| GOOGLE INC., | **NOTICE OF APPEAL** |
| Defendant. | |

Notice is hereby given that Plaintiff MasterObjects, Inc. ("MasterObjects") in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit, from the District Court's Claim Construction Order, filed May 28, 2013 (Dkt. 153), the Order Denying Motion for Leave to File Motion for Reconsideration, filed August 26, 2013 (Dkt. 173), and the Stipulated Final Judgment, filed November 26, 2013 (Dkt. 189) and from any and all other orders, rulings, findings, and conclusions adverse to MasterObjects underlying and/or related to the aforesaid orders and judgment.

Dated:  December 3, 2013            Respectfully submitted,


                                   */s/ Spencer Hosie*_____ _____
                                   SPENCER HOSIE (CA Bar No. 101777)
                                   shosie@hosielaw.com
                                   DIANE S. RICE (CA Bar No. 118303)
                                   drice@hosielaw.com
                                   DARRELL R. ATKINSON (CA Bar No. 280564)
                                   datkinson@hosielaw.com
                                   HOSIE RICE LLP
                                   600 Montgomery Street, 34th Floor
                                   San Francisco, CA 941111
                                   (415) 247-6000 Tel.
                                   (415) 247-6001 Fax

                                   *Attorneys for Plaintiff*
                                   *MASTEROBJECTS, INC.*