NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**MASTEROBJECTS, INC.,**
*Plaintiff - Appellant*

v.

**GOOGLE, INC.,**
*Defendant - Appellee*

---

14-1148

---

Appeal from the United States District Court for the Northern District of California in case no. 4:11-cv-01054-PJH United States District Judge Phyllis J. Hamilton

---

ON MOTION

O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file appellant's principal brief until February 24, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

January 22, 2014                   /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

cc: Nathan J. Davis
Spencer Hosie
Darcy L. Jones
Keith J. Mitro
Leslie V. Payne
Diane Sue Rice
Jeffrey J. Toney
Jonathan K. Waldrop
Robert Perry Watkins III