Case No. 14-1148

# UNITED STATES COURT OF APPEALS FOR THE
# FEDERAL CIRCUIT

MASTEROBJECTS, INC.,

*Plaintiff-Appellant*,

v.

GOOGLE INC.,

*Defendant-Appellee*.

Appeal from the United States District Court for the Northern District of California in case no. 4:11-cv-1054, Judge Phyllis J. Hamilton.

# DEFENDANT-APPELLEE'S OBJECTION TO THE OFFICIAL CAPTION

Jeffrey J. Toney
Jonathan K. Waldrop
Darcy L. Jones
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
1349 West Peachtree Street
Suite 1500
Atlanta, GA  30309
Telephone:  (404) 260-6080
Facsimile:  (404) 260-6081

Steven C. Carlson
Robert P. Watkins III
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA  94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Dan L. Bagatell
PERKINS COIE LLP
2901 N. Central Avenue
Suite 2000
Phoenix, AZ  85012
Telephone:  (602) 351-8250
Facsimile:  (602) 648-7150

*Attorneys for Defendant-Appellee*
*Google Inc.*

The Defendant-Appellee, pursuant to Federal Circuit Rule 27(a), respectfully objects to the current caption of this case, and requests that the Court amend the caption. The grounds for this motion are:

1. Due to an error, in the proceedings below (case no. 4:11-cv-1054 in the Northern District of California) the name of Defendant-Appellee Google Inc. was misspelled as "Google, Inc." (with a comma) in the case caption, where it should have been spelled as "Google Inc." (without a comma).

2. Defendant-Appellee respectfully requests that the caption in this case be amended to reflect the correct name of Defendant-Appellee as "Google Inc." (without a comma).

3. The parties have discussed this objection and the Plaintiff-Appellant does not object.

May 23, 2014                               Respectfully submitted,

                                           /s/ Jonathan K. Waldrop
                                           Jonathan K. Waldrop
                                           KASOWITZ, BENSON, TORRES &
                                           FRIEDMAN LLP
                                           1349 West Peachtree Street
                                           Suite 1500
                                           Atlanta, GA 30309
                                           Telephone: (404) 260-6080
                                           Facsimile: (404) 260-6081
                                           *Attorney for Defendant-Appellee
                                           Google Inc.*

# CERTIFICATE OF INTEREST

Counsel for the Appellee, Google Inc., certifies the following:

1. The full name of every party represented by me is: Google Inc.

2. The name of the real party in interest represented by me is: Google Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are: Google Inc. has no parent corporation and no publicly held company owns more than 10% of Google Inc.'s stock.

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this court are:
Kasowitz, Benson, Torres & Friedman LLP: Jeffrey J. Toney, Jonathan K Waldrop, Steven C. Carlson, Darcy L. Jones, Keith J. Mitro, Robert P. Watkins, III, Joseph B. Shear;
Perkins Coie LLP: Dan L. Bagatell;
Latham & Watkins LLP: Douglas E. Lumish, Jeffrey G. Homrig, Joseph H. Lee, Linfong Tzeng;
McDermott Will Emery LLP: Jeremiah Aaron Armstrong, Daniel Raymond Foster, Vanessa I. LeFort, Vinod Jos Mapranath, Terrence Patrick McMahon;
Sidley Austin: Vera M. Elson.

May 23, 2014

Respectfully submitted,

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1349 West Peachtree Street
Suite 1500
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081
*Attorney for Defendant-Appellee Google Inc.*

Case No. 14-1148

**UNITED STATES COURT OF APPEALS FOR THE
FEDERAL CIRCUIT**

MASTEROBJECTS, INC.,

*Plaintiff-Appellant*,

v.

GOOGLE INC.,

*Defendant-Appellee*.

Appeal from the United States District Court for the Northern District of California in case no. 4:11-cv-1054, Judge Phyllis J. Hamilton.

**ORDER**

Upon consideration of the Defendant-Appellee's Objection to the Official Caption, it is this ____ day of _____ , 2014, by the United States Court of Appeals for the Federal Circuit,

ORDERED, that the motion be granted and that the official caption be amended as noted in the caption of this order.

For the Court:

_____

# United States Court of Appeals for the Federal Circuit

*MasterObjects, Inc. v Google Inc.,* 2014-1148

## PROOF OF SERVICE

I, John C. Kruesi, Jr., being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, Attorneys for Appellee to print this document. I am an employee of Counsel Press.

On **May 23, 2014,** counsel has authorized me to electronically file the foregoing **DEFENDANT-APPELLEE'S OBJECTION TO THE OFFICIAL CAPTION** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including any of the following:

| | |
|---|---|
| Spencer Hosie | Leslie V. Payne |
| (*principal counsel*) | Nathan J. Davis |
| Diane Sue Rice | Alden G. Harris |
| George F. Bishop | HEIM, PAYNE &CHORUSH, LLP |
| HOSIE RICE LLP | 600 Travis Street, Suite 6710 |
| 600 Montgomery Street, 34th Floor | Houston, Texas 77002 |
| San Francisco, California 94111 | (713) 221-2000 (Telephone) |
| (415) 247-6000 (Telephone) | (713) 221-2021 (Facsimile) |
| (415) 247-6001 (Facsimile) | lpayne@hpcllp.com |
| shosie@hosielaw.com | ndavis@hpcllp.com |
| drice@hosielaw.com | aharris@hpcllp.com |
| gbishop@hosielaw.com | |

May 23, 2014                             /s/ John C. Kruesi, Jr.
                                         John C. Kruesi, Jr.
                                         Counsel Press