NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASTEROBJECTS, INC.,**
*Plaintiff - Appellant*

v.

**GOOGLE INC.,**
*Defendant - Appellee*

---

14-1148

---

Appeal from the United States District Court for the Northern District of California in case no. 4:11-cv-01054-PJH United States District Judge Phyllis J. Hamilton

---

ON MOTION

O R D E R

Upon consideration of the Appellant, MasterObjects, Inc.'s unopposed motion to extend time to file their reply brief until June 23, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                FOR THE COURT

June 2, 2014                /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court