FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MasterObjects, Inc.    v.   Google Inc.

No. 14-1148

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellant MasterObjects, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

MasterObjects, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

[not applicable]

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Hosie Rice, LLP, Spencer Hosie, Diane Rice, George Bishop, Darrell Atkinson, William Nelson; Heim, Payne & Chorush, LLP, Leslie Payne, Nathan Davis, Alden Harris

June 23, 2014            /s/ Spencer Hosie
      Date                    Signature of counsel
                          Spencer Hosie
                          Printed name of counsel

Please Note: All questions must be answered
cc: J. Toney, D. Jones, J. Waldrop, R. Watkins

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on June 23, 2014 by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Spencer Hosie | /s/ Spencer Hosie |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Hosie Rice LLP

Address: 600 Montgomery Street, 34th Floor

City, State, ZIP: San Francisco, CA 94111

Telephone Number: 415.247.6000

FAX Number: 415.247.6001

E-mail Address: shosie@hosielaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.