**Case No. 14-1148**

_____

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

MASTEROBJECTS, INC.,

*Plaintiff-Appellant,*

v.

GOOGLE INC.,

*Defendant-Appellee.*

_____

Appeal from the United States District Court for the Northern District of California

in Case No. 4:11-cv-1054, Judge Phyllis J. Hamilton

_____

**JOINT STATEMENT OF COMPLIANCE WITH
FEDERAL CIRCUIT RULE 33**

Pursuant to Federal Circuit Rule 33, Plaintiff-Appellant MasterObjects, Inc. and Defendant-Appellees Google Inc. hereby certify that the parties had settlement discussions following the filing of the first two briefs. No settlement was reached.

June 30, 2014                                             Respectfully submitted,

*/s/ Spencer Hosie*
Spencer Hosie
Diane S. Rice
George F. Bishop
HOSIE RICE LLP
Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
(415) 247-6000

Leslie v. Payne
Nathan J. Davis
HEIM, PAYNE & CHORUSH, LLP
600 Travis Street, Suite 6710
Houston, TX 77002
(713) 221-2000

*Counsel for Plaintiff-Appellant*

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1349 West Peachtree Street, Suite 1500
Atlanta, GA 30309
(404) 260-6080

Jeffrey J. Toney
Darcy L. Jones
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

1

1349 West Peachtree Street, Suite 1500
Atlanta, GA 30309
 (404) 260-6080

Dan L. Bagatell
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
 (602) 351-8250

Scott C. Carlson
Robert P. Watkins III
KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
2333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Phoenix, AZ 85012
 (650) 453-5170

*Counsel for Defendant-Appellee*

# CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing statement of compliance on counsel of record on June 30, 2014 by CM/ECF.

>*/s/  Spencer Hosie*
> Spencer Hosie